UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on May 31, 2017 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

In Re:

Tawanda Angela Weaver

| | |
|---|---|
| Case Number: | 17-19006 |
| Hearing Date: | May 24, 2017 |
| Judge: | Stacey L. Meisel |
| Chapter: | 13 |

Recommended Local Form:  ☐ Followed   ☒ Modified

**ORDER ~~REINSTATING~~ Extending AUTOMATIC STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 31, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

  This matter having been presented to the Court by ____Tawanda Angela Weaver____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

  ORDERED that:

  The automatic stay as to _____all creditors_____ is ~~reinstated~~ **extended** effective the date of this order.

*rev.7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:  
TAWANDA ANGELA WEAVER  
      Debtor

Case No. 17-19006-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: May 31, 2017  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2017.  
db        +TAWANDA ANGELA WEAVER,   1293 Arlington Avenue,   Plainfield, NJ 07060-2962

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2017 at the address(es) listed below:  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Rasheedah Rayya Terry    on behalf of Debtor TAWANDA ANGELA WEAVER rasheedaht@aol.com  
        U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                        TOTAL: 3