Certificate Number: 14751-NJ-DE-029725784

Bankruptcy Case Number: 17-19006



14751-NJ-DE-029725784

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 14, 2017, at 6:26 o'clock AM PDT, Tawanda A Weaver completed a course on personal financial management given by internet by $0$ BK Class Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: August 14, 2017         By:    /s/AMEY AIONO

                              Name:  AMEY AIONO

                              Title: Certified Credit Counselor