RASHEEDAH RAYYA TERRY
TERRY LAW GROUP, LLC
409 HALSEY ST.
NEWARK, NJ  07102

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2017
Chapter 13 Case # 17-19006

Re:   TAWANDA ANGELA WEAVER          Atty:   RASHEEDAH RAYYA TERRY
      1293 ARLINGTON AVENUE                  TERRY LAW GROUP, LLC
      PLAINFIELD,  NJ  07060                 409 HALSEY ST.
                                             NEWARK, NJ  07102

## RECEIPTS AS OF 12/31/2017    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/12/2017 | $291.67 | 17594491302 | 05/12/2017 | $291.67 | 17594491303 |
| 06/27/2017 | $418.00 | 9102912323 | 08/22/2017 | $532.49 | 9102921836 |
| 09/25/2017 | $418.00 | 4308508000  - | 10/31/2017 | $418.00 | 4403784000  - |
| 12/27/2017 | $836.00 | 9103209060 | | | |

**Total Receipts: $3,205.83  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $3,205.83**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2017    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SPECIALIZED LOAN SERVICING LLC | | | | | | |
| | 09/25/2017 | $1,443.33 | 787,965 | 11/20/2017 | $409.64 | 791,500 |
| | 12/18/2017 | $393.34 | 793,404 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 172.84 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CAPITAL ONE BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | EAGLE VILLAGE PROPERTY OWNERS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | US DEPARTMENT OF EDUCATION | UNSECURED | 15,305.37 | 100.00% | 0.00 | 15,305.37 |
| 0005 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 25,844.69 | 100.00% | 2,246.31 | 23,598.38 |
| 0008 | CAPITAL ONE BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | NJ HIGHER EDUCATION ASSIST | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | VERIZON | UNSECURED | 161.22 | 100.00% | 0.00 | 161.22 |
| 0012 | LVNV FUNDING LLC | UNSECURED | 883.59 | 100.00% | 0.00 | 883.59 |

**Total Paid: $2,419.15**
See Summary

**Chapter 13 Case # 17-19006**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 10, 2018.

Receipts: $3,205.83    -    Paid to Claims: $2,246.31    -    Admin Costs Paid: $172.84    =    Funds on Hand: $786.68

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.