| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> **Caption in Compliance with D.N.J. LBR 9004-2(c)** <br> Marie-Ann Greenberg  MAG-1284 <br> Marie-Ann Greenberg, Standing Trustee <br> 30 TWO BRIDGES ROAD <br> SUITE 330 <br> FAIRFIELD, NJ  07004-1550 <br> 973-227-2840 <br> Chapter 13 Standing Trustee <br> IN RE: <br> TAWANDA ANGELA WEAVER |

Case No.:  17-19006

Adv. No.:

Hearing Date:

## CERTIFICATION OF SERVICE

1. I, Lauren O'Shea, am an administrator for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 02/05/2018, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

---
Debtor:
TAWANDA ANGELA WEAVER
1293 ARLINGTON AVENUE
PLAINFIELD, NJ  07060
Mode of Service:  Regular Mail

---
Attorney for Debtor(s):
RASHEEDAH RAYYA TERRY
TERRY LAW GROUP, LLC
409 HALSEY ST.
NEWARK, NJ  07102
Mode of Service:  Notice of Electronic Filing (NEF)

---

Dated:  February 05, 2018           By:   /S/  Lauren O'Shea
                                          Lauren O'Shea