Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  17−19006−SLM
                        Chapter:  13
                        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   TAWANDA ANGELA WEAVER
   1293 Arlington Avenue
   Plainfield, NJ 07060

Social Security No.:
   xxx−xx−9895

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/22/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 22, 2018
JAN: nds

                                                     Jeanne Naughton
                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-19006-SLM
TAWANDA ANGELA WEAVER                                                           Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1           Date Rcvd: Feb 22, 2018
                               Form ID: 148             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2018.
db          +TAWANDA ANGELA WEAVER,    1293 Arlington Avenue,    Plainfield, NJ 07060-2962
516803580   +Capital One Bank,    PO Box 30258,   Salt Lake City, UT 84130-0258
516803581   +Eagle Village Property Owners,    PO Box 29352,   Phoenix, AZ 85038-9352
516803582   +NJ Department of Education,    PO Box 9895,   Trenton, NJ 08625,   US Department of Education,
              PO Box 105028,    Atlanta, GA 30348-5028
516807881   +NJ Department of Education,    PO Box 9895,   Trenton, NJ 08650-1895
516807883   +Parker McCay,    9000 Midatlantic Drive,   Mount Laurel, NJ 08054-1539
516803583   +Specialized Loan Servicing LLC,    PO Box 636005,   Littleton, CO 80163-6005
516857350   +U.S. Bank National Association,Trustee(See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516807882   +US Department of Education,    PO Box 105028,   Atlanta, GA 30348-5028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Feb 22 2018 22:58:22     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 22 2018 22:58:21     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516803579    EDI: BANKAMER.COM Feb 22 2018 22:53:00     Bank of America,   PO Box 982238,
              El Paso, TX 79998
516922214    EDI: RESURGENT.COM Feb 22 2018 22:53:00     LVNV Funding, LLC its successors and assigns as,
              assignee of FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,
              Greenville, SC 29603-0587
517114086    EDI: ECMC.COM Feb 22 2018 22:53:00     US Department of Education,   P O Box 16448,
              Saint Paul MN 55116-0448
516916349   +EDI: AIS.COM Feb 22 2018 22:53:00     Verizon,   by American InfoSource LP as agent,
              4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
               Bank National Association, as Trustee for Bear St dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rasheedah Rayya Terry    on behalf of Debtor TAWANDA ANGELA WEAVER rasheedaht@aol.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Bank of America, National Association, as Trustee, successor by merger
               to LaSalle Bank National Association, as Trustee for Bear St rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5