UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

RASHEEDAH RAYYA TERRY
(023522004)
TERRY LAW GROUP, LLC
409 Halsey Street
Newark, New Jersey 07102
(862) 576-8995

Case No.: 17-19006
Chapter: 13

In Re:
TAWANDA ANGELA WEAVER

Adv. No.:
Hearing Date: 3/28/18
Judge: SLM

## CERTIFICATION OF SERVICE

1. I, RASHEEDAH RAYYA TERRY :

   ☒ represent _____DEBTOR_____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____3/7/18_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   MOTION TO REINSTATE CHAPTER 13 CASE AND THE AUTOMATIC STAY, CERTIFICATION OF DEBTOR, CERTIFICATION OF COUNSEL AND EXHIBITS IN SUPPORT THEREOF AND A PROPOSED FORM OF ORDER

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 3/7/18

/S/ RASHEEDAH RAYYA TERRY
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ___<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bank of America<br>PO Box 982238<br>El Paso, TX 79998 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ___<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One Bank<br>PO Box 30258<br>Salt Lake City, UT 84130 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ___<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| East Village Property Owners<br>PO Box 29352<br>Phoenix, AZ 85038 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ___<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| NJ Agent<br>Higher Education Assist<br>PO Box 543<br>Trenton, NJ 08625 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ___<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Specialized Loan Servicing LLC<br>PO Box 636005<br>Littleton, CO 80163 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF-5005-1<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

rev.8/16