**Order Filed on May 11, 2018 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

RASHEEDAH RAYYA TERRY
(023522004)
TERRY LAW GROUP, LLC
409 Halsey Street
Newark, New Jersey 07102
(862) 576-8995
Rasheedaht@aol.com

In Re:

TAWANDA ANGELA WEAVER

| | |
|---|---|
| Case No.: | 17-19006 |
| Chapter: | 13 |
| Judge: | SLM |

## ORDER REINSTATING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 11, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

This matter having come before the Court by the debtor's Motion to Reinstate Case; the Court having considered any objections filed; and for good cause shown; it is

ORDERED that the case is reinstated effective as of the date of this order. The order dismissing this case dated _____2/22/18_____, remains in effect through the date of entry of this Order and its service as provided herein. No actions taken by third parties during the period this case was dismissed are or were subject to the automatic stay or other provisions of the Bankruptcy Code.

IT IS FURTHER ORDERED that any deadline unexpired at the time of dismissal is nullified and reset as follows.  Creditors and/or parties in interest have:

1.      until the original deadline fixed by the Court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or sixty (60) days from the date of this Order, whichever is later;

2.      until the original deadline fixed by the Court to file a proof of claim or required supplement, or sixty (60) days from the date of this Order, whichever is later; and

3.      until the original deadline fixed by the Court to object to exemptions, or thirty (30) days from the date of this Order, whichever is later.

IT IS FURTHER ORDERED that if the Meeting of Creditors has not been concluded, the debtor must contact the case trustee to schedule a new date.

IT IS FURTHER ORDERED that if this is a Chapter 13 case, and the debtor's Plan has not been confirmed, the confirmation hearing is rescheduled to _____N/A_____ at _____.

IT IS FURTHER ORDERED that the debtor must, within three (3) days of the date of this Order, serve **ALL** creditors and other parties in interest with a copy of this Order and immediately thereafter, file Local Form *Certification of Service*  This Order will be effective as to such parties only upon service in accordance with this Order.

It is further ordered that debtor shall file a modified plan within 7 days of the entry of the within order, otherwise the case will be dismissed with no further notice.

*new.1/15/18*