Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                                Case No.: 17−19006−SLM
                                                Chapter: 13
                                                Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   TAWANDA ANGELA WEAVER
   1293 Arlington Avenue
   Plainfield, NJ 07060

Social Security No.:
   xxx−xx−9895

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                6/13/18
Time:              09:00 AM
Location:          Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 16, 2018
JAN: smz

                                                Jeanne Naughton
                                                Clerk, U. S. Bankruptcy Court

```
United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-19006-SLM
TAWANDA ANGELA WEAVER                                           Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2        User: admin              Page 1 of 1            Date Rcvd: May 16, 2018
                            Form ID: 132             Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2018.
db             +TAWANDA ANGELA WEAVER,    1293 Arlington Avenue,    Plainfield, NJ 07060-2962
516803579     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO Box 982238,    El Paso, TX 79998)
516803580      +Capital One Bank,    PO Box 30258,    Salt Lake City, UT 84130-0258
516803581      +Eagle Village Property Owners,    PO Box 29352,    Phoenix, AZ 85038-9352
516807881      +NJ Department of Education,    PO Box 9895,    Trenton, NJ 08650-1895
516803582      +NJ Department of Education,    PO Box 9895,    Trenton, NJ 08625,    US Department of Education,
                 PO Box 105028,    Atlanta, GA 30348-5028
516807883      +Parker McCay,    9000 Midatlantic Drive,    Mount Laurel, NJ 08054-1539
516803583      +Specialized Loan Servicing LLC,    PO Box 636005,    Littleton, CO 80163-6005
516857350      +U.S. Bank National Association,Trustee(See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516807882      +US Department of Education,    PO Box 105028,    Atlanta, GA 30348-5028
517114086       US Department of Education,    P O Box 16448,    Saint Paul MN 55116-0448

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 16 2018 23:45:41      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 16 2018 23:45:35      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516922214       E-mail/PDF: resurgentbknotifications@resurgent.com May 16 2018 23:51:27
                 LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516916349      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 16 2018 23:57:31      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
               Bank National Association, as Trustee for Bear St dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rasheedah Rayya Terry    on behalf of Debtor TAWANDA ANGELA WEAVER rasheedaht@aol.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Bank of America, National Association, as Trustee, successor by merger
               to LaSalle Bank National Association, as Trustee for Bear St rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```