RASHEEDAH RAYYA TERRY
TERRY LAW GROUP, LLC
409 HALSEY ST.
NEWARK, NJ  07102

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018**
Chapter 13 Case # 17-19006

Re:    TAWANDA ANGELA WEAVER                              Atty:   RASHEEDAH RAYYA TERRY
       1293 ARLINGTON AVENUE                                      TERRY LAW GROUP, LLC
       PLAINFIELD,  NJ  07060                                     409 HALSEY ST.
                                                                  NEWARK, NJ  07102

## RECEIPTS AS OF 12/31/2018                          (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/12/2017 | $291.67 | 17594491302 | 05/12/2017 | $291.67 | 17594491303 |
| 06/27/2017 | $418.00 | 9102912323 | 08/22/2017 | $532.49 | 9102921836 |
| 09/25/2017 | $418.00 | 4308508000   - | 10/31/2017 | $418.00 | 4403784000   - |
| 12/27/2017 | $836.00 | 9103209060 | 02/21/2018 | $556.17 | 23916980452 |
| 04/19/2018 | $418.00 | 1719006-24866748494 | 04/19/2018 | $418.00 | 1719006-24973009773 |
| 04/19/2018 | $418.00 | 1719006-23916985547 | 04/19/2018 | $418.00 | 1719006-25002736075 |
| 05/17/2018 | $418.00 | 25002744254 | 06/26/2018 | $870.00 | 25002860725 |
| 07/31/2018 | $870.00 | 25356123865 | 08/23/2018 | $870.00 | 25356181691 |
| 08/23/2018 | $0.10 | CASH | 10/02/2018 | $870.00 | 25382683372 |
| 10/16/2018 | $870.00 | 25239761763 | 11/16/2018 | $870.00 | 23916982691 |
| 12/11/2018 | $870.00 | 25239773575 | | | |

**Total Receipts: $11,942.10  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $11,942.10**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018        (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SPECIALIZED LOAN SERVICING LLC | | | | | | |
| | 09/25/2017 | $1,443.33 | 787,965 | 11/20/2017 | $409.64 | 791,500 |
| | 12/18/2017 | $393.34 | 793,404 | 01/22/2018 | $786.68 | 795,254 |
| | 06/18/2018 | $2,443.63 | 804,679 | 06/18/2018 | $56.88 | 804,679 |
| | 07/16/2018 | $804.30 | 806,620 | 07/16/2018 | $18.72 | 806,620 |
| | 08/20/2018 | $804.30 | 808,564 | 08/20/2018 | $18.72 | 808,564 |
| | 09/17/2018 | $824.80 | 810,493 | 09/17/2018 | $19.20 | 810,493 |
| | 10/22/2018 | $801.75 | 812,455 | 10/22/2018 | $18.66 | 812,455 |
| | 11/19/2018 | $801.75 | 814,365 | 11/19/2018 | $18.66 | 814,365 |
| | 12/17/2018 | $801.75 | 816,266 | 12/17/2018 | $18.66 | 816,266 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 686.51 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CAPITAL ONE BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 17-19006**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0003 | EAGLE VILLAGE PROPERTY OWNERS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | US DEPARTMENT OF EDUCATION | UNSECURED | 15,305.37 | 100.00% | 0.00 | 15,305.37 |
| 0005 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 25,844.69 | 100.00% | 11,117.02 | 14,727.67 |
| 0008 | CAPITAL ONE BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | NJ HIGHER EDUCATION ASSIST | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | VERIZON | UNSECURED | 161.22 | 100.00% | 0.00 | 161.22 |
| 0012 | LVNV FUNDING LLC | UNSECURED | 883.59 | 100.00% | 0.00 | 883.59 |
| 0013 | SPECIALIZED LOAN SERVICING LLC | (NEW) MTG Agree | 531.00 | 100.00% | 188.16 | 342.84 |

**Total Paid: $11,991.69**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $11,942.10     -     Paid to Claims: $11,305.18     -     Admin Costs Paid: $686.51     =     Funds on Hand: $820.41

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.