RASHEEDAH RAYYA TERRY
TERRY LAW GROUP, LLC
409 HALSEY ST.
NEWARK, NJ  07102

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020**
Chapter 13 Case # 17-19006

Re:   TAWANDA ANGELA WEAVER                         Atty:   RASHEEDAH RAYYA TERRY
      1293 ARLINGTON AVENUE                                 TERRY LAW GROUP, LLC
      PLAINFIELD, NJ 07060                                  409 HALSEY ST.
                                                            NEWARK, NJ  07102

## RECEIPTS AS OF 01/15/2020   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/12/2017 | $291.67 | 17594491302 | 05/12/2017 | $291.67 | 17594491303 |
| 06/27/2017 | $418.00 | 9102912323 | 08/22/2017 | $532.49 | 9102921836 |
| 09/25/2017 | $418.00 | 4308508000 - | 10/31/2017 | $418.00 | 4403784000 - |
| 12/27/2017 | $836.00 | 9103209060 | 02/21/2018 | $556.17 | 23916980452 |
| 04/19/2018 | $418.00 | 1719006-24866748494 | 04/19/2018 | $418.00 | 1719006-24973009773 |
| 04/19/2018 | $418.00 | 1719006-23916985547 | 04/19/2018 | $418.00 | 1719006-25002736075 |
| 05/17/2018 | $418.00 | 25002744254 | 06/26/2018 | $870.00 | 25002860725 |
| 07/31/2018 | $870.00 | 25356123865 | 08/23/2018 | $870.00 | 25356181691 |
| 08/23/2018 | $0.10 | CASH | 10/02/2018 | $870.00 | 25382683372 |
| 10/16/2018 | $870.00 | 25239761763 | 11/16/2018 | $870.00 | 23916982691 |
| 12/11/2018 | $870.00 | 25239773575 | 01/08/2019 | $870.00 | 25239776016 |
| 02/22/2019 | $870.00 | 25696819181 | 03/26/2019 | $870.00 | 25239787964 |
| 04/17/2019 | $870.00 | 25239790956 | 05/14/2019 | $870.00 | 25239796367 |
| 06/12/2019 | $870.00 | 25850676238 | 07/09/2019 | $870.00 | 25850682235 |
| 08/06/2019 | $870.00 | 25239775588 | 09/17/2019 | $870.00 | 25850687861 |
| 10/29/2019 | $870.00 | 25850692427 | 11/19/2019 | $870.00 | 25850681166 |
| 12/24/2019 | $870.00 | 25850699054 | | | |

**Total Receipts: $22,382.10 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $22,382.10**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SPECIALIZED LOAN SERVICING LLC | | | | | | |
| | 09/25/2017 | $1,443.33 | 787,965 | 11/20/2017 | $409.64 | 791,500 |
| | 12/18/2017 | $393.34 | 793,404 | 01/22/2018 | $786.68 | 795,254 |
| | 06/18/2018 | $2,443.63 | 804,679 | 06/18/2018 | $56.88 | 804,679 |
| | 07/16/2018 | $804.30 | 806,620 | 07/16/2018 | $18.72 | 806,620 |
| | 08/20/2018 | $804.30 | 808,564 | 08/20/2018 | $18.72 | 808,564 |
| | 09/17/2018 | $824.80 | 810,493 | 09/17/2018 | $19.20 | 810,493 |
| | 10/22/2018 | $801.75 | 812,455 | 10/22/2018 | $18.66 | 812,455 |
| | 11/19/2018 | $801.75 | 814,365 | 11/19/2018 | $18.66 | 814,365 |
| | 12/17/2018 | $801.75 | 816,266 | 12/17/2018 | $18.66 | 816,266 |
| | 01/14/2019 | $801.75 | 818,187 | 01/14/2019 | $18.66 | 818,187 |
| | 02/11/2019 | $801.75 | 820,092 | 02/11/2019 | $18.66 | 820,092 |
| | 03/18/2019 | $801.75 | 822,075 | 03/18/2019 | $18.66 | 822,075 |
| | 04/15/2019 | $801.75 | 824,098 | 04/15/2019 | $18.66 | 824,098 |

**Chapter 13 Case # 17-19006**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| | 05/20/2019 | $801.75 | 826,121 | 05/20/2019 | $18.66 | 826,121 |
| | 06/17/2019 | $816.20 | 828,072 | 06/17/2019 | $19.00 | 828,072 |
| | 07/15/2019 | $816.20 | 829,934 | 07/15/2019 | $19.00 | 829,934 |
| | 08/19/2019 | $816.20 | 831,963 | 08/19/2019 | $19.00 | 831,963 |
| | 09/16/2019 | $816.20 | 833,944 | 09/16/2019 | $19.00 | 833,944 |
| | 10/21/2019 | $837.45 | 836,006 | 10/21/2019 | $19.50 | 836,006 |
| | 11/18/2019 | $806.00 | 838,052 | 11/18/2019 | $18.76 | 838,052 |
| | 12/16/2019 | $806.00 | 839,933 | 12/16/2019 | $18.76 | 839,933 |
| | 01/13/2020 | $806.00 | 841,824 | 01/13/2020 | $18.76 | 841,824 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,123.25 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CAPITAL ONE BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | EAGLE VILLAGE PROPERTY OWNERS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | US DEPARTMENT OF EDUCATION | UNSECURED | 15,305.37 | 100.00% | 0.00 | 15,305.37 |
| 0005 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 25,844.69 | 100.00% | 20,844.27 | 5,000.42 |
| 0008 | CAPITAL ONE BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | NJ HIGHER EDUCATION ASSIST | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | VERIZON | UNSECURED | 161.22 | 100.00% | 0.00 | 161.22 |
| 0012 | LVNV FUNDING LLC | UNSECURED | 883.59 | 100.00% | 0.00 | 883.59 |
| 0013 | SPECIALIZED LOAN SERVICING LLC | (NEW) MTG Agree | 531.00 | 100.00% | 414.58 | 116.42 |

**Total Paid: $22,382.10**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17, 2020.

Receipts: $22,382.10   -   Paid to Claims: $21,258.85   -   Admin Costs Paid: $1,123.25   =   Funds on Hand: $0.00

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.