**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

TAWANDA ANGELA WEAVER,

Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Case No.:  17-19006 SLM

**NOTICE OF RESERVE ON CLAIM**

| | |
|---|---|
| Creditor: | US DEPARTMENT OF EDUCATION |
| Trustee Claim #: | 4 |
| Court Claim #: | 4 |
| Claimed Amount: | $15,305.37 |
| Date Claim Filed: | 10/10/2017 |

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Disbursement checks have been returned as undeliverable.  A change of address must be filed with the Court.  A change of address must be filed with the Court by the **creditor** or **creditor's attorney ONLY.**  The Trustee's records will not be updated by the filing of any other party.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated:  November 17, 2020

By:   /S/  Marie-Ann Greenberg
Chapter 13 Standing Trustee

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

---

TAWANDA ANGELA WEAVER
1293 ARLINGTON AVENUE
PLAINFIELD, NJ    07060

RASHEEDAH RAYYA TERRY
TERRY LAW GROUP, LLC
409 HALSEY ST.
NEWARK, NJ    07102

US DEPARTMENT OF EDUCATION
NATIONAL PAYMENT CENTER
PO BOX 105028
ATLANTA, GA    30348-5028

US DEPARTMENT OF EDUCATION
PO BOX 16448
ST PAUL, MN    55116-0448