RASHEEDAH RAYYA TERRY
TERRY LAW GROUP, LLC
409 HALSEY ST.
NEWARK, NJ  07102


Re:  TAWANDA ANGELA WEAVER         Atty:  RASHEEDAH RAYYA TERRY
     1293 ARLINGTON AVENUE                TERRY LAW GROUP, LLC
     PLAINFIELD,  NJ  07060                409 HALSEY ST.
                                          NEWARK, NJ  07102


## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
Chapter 13 Case # 17-19006

### RECEIPTS AS OF 01/15/2021      (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/12/2017 | $291.67 | 17594491302 | 05/12/2017 | $291.67 | 17594491303 |
| 06/27/2017 | $418.00 | 9102912323 | 08/22/2017 | $532.49 | 9102921836 |
| 09/25/2017 | $418.00 | 4308508000  - | 10/31/2017 | $418.00 | 4403784000  - |
| 12/27/2017 | $836.00 | 9103209060 | 02/21/2018 | $556.17 | 23916980452 |
| 04/19/2018 | $418.00 | 1719006-24866748494 | 04/19/2018 | $418.00 | 1719006-24973009773 |
| 04/19/2018 | $418.00 | 1719006-23916985547 | 04/19/2018 | $418.00 | 1719006-25002736075 |
| 05/17/2018 | $418.00 | 25002744254 | 06/26/2018 | $870.00 | 25002860725 |
| 07/31/2018 | $870.00 | 25356123865 | 08/23/2018 | $870.00 | 25356181691 |
| 08/23/2018 | $0.10 | CASH | 10/02/2018 | $870.00 | 25382683372 |
| 10/16/2018 | $870.00 | 25239761763 | 11/16/2018 | $870.00 | 23916982691 |
| 12/11/2018 | $870.00 | 25239773575 | 01/08/2019 | $870.00 | 25239776016 |
| 02/22/2019 | $870.00 | 25696819181 | 03/26/2019 | $870.00 | 25239787964 |
| 04/17/2019 | $870.00 | 25239790956 | 05/14/2019 | $870.00 | 25239796367 |
| 06/12/2019 | $870.00 | 25850676238 | 07/09/2019 | $870.00 | 25850682235 |
| 08/06/2019 | $870.00 | 25239775588 | 09/17/2019 | $870.00 | 25850687861 |
| 10/29/2019 | $870.00 | 25850692427 | 11/19/2019 | $870.00 | 25850681166 |
| 12/24/2019 | $870.00 | 25850699054 | 02/04/2020 | $870.00 | 26448980038 |
| 02/28/2020 | $870.00 | 26187882928 | 03/20/2020 | $870.00 | 26187888688 |
| 04/22/2020 | $870.00 | 26495084856 | 05/19/2020 | $870.00 | 26187896362 |
| 07/02/2020 | $870.00 | 26726023967 | 07/31/2020 | $870.00 | 26812406215 |
| 09/01/2020 | $870.00 | 25239799945 | 09/15/2020 | $870.00 | 26812411266 |
| 10/29/2020 | $870.00 | 26812404483 | 11/17/2020 | $870.00 | 26812416363 |
| 01/08/2021 | $870.00 | 26812421741 | | | |

**Total Receipts: $32,822.10  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $32,822.10**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021      (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| LVNV FUNDING LLC | | | | | | |
| | 08/17/2020 | $28.80 | 854,459 | 09/21/2020 | $43.49 | 856,296 |
| | 10/19/2020 | $43.50 | 858,158 | 11/16/2020 | $43.48 | 859,945 |
| | 12/21/2020 | $43.49 | 861,781 | | | |

**Chapter 13 Case # 17-19006**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SPECIALIZED LOAN SERVICING LLC | | | | | | |
| | 09/25/2017 | $1,443.33 | 787,965 | 11/20/2017 | $409.64 | 791,500 |
| | 12/18/2017 | $393.34 | 793,404 | 01/22/2018 | $786.68 | 795,254 |
| | 06/18/2018 | $2,443.63 | 804,679 | 06/18/2018 | $56.88 | 804,679 |
| | 07/16/2018 | $804.30 | 806,620 | 07/16/2018 | $18.72 | 806,620 |
| | 08/20/2018 | $804.30 | 808,564 | 08/20/2018 | $18.72 | 808,564 |
| | 09/17/2018 | $824.80 | 810,493 | 09/17/2018 | $19.20 | 810,493 |
| | 10/22/2018 | $801.75 | 812,455 | 10/22/2018 | $18.66 | 812,455 |
| | 11/19/2018 | $801.75 | 814,365 | 11/19/2018 | $18.66 | 814,365 |
| | 12/17/2018 | $801.75 | 816,266 | 12/17/2018 | $18.66 | 816,266 |
| | 01/14/2019 | $801.75 | 818,187 | 01/14/2019 | $18.66 | 818,187 |
| | 02/11/2019 | $801.75 | 820,092 | 02/11/2019 | $18.66 | 820,092 |
| | 03/18/2019 | $801.75 | 822,075 | 03/18/2019 | $18.66 | 822,075 |
| | 04/15/2019 | $801.75 | 824,098 | 04/15/2019 | $18.66 | 824,098 |
| | 05/20/2019 | $801.75 | 826,121 | 05/20/2019 | $18.66 | 826,121 |
| | 06/17/2019 | $816.20 | 828,072 | 06/17/2019 | $19.00 | 828,072 |
| | 07/15/2019 | $816.20 | 829,934 | 07/15/2019 | $19.00 | 829,934 |
| | 08/19/2019 | $816.20 | 831,963 | 08/19/2019 | $19.00 | 831,963 |
| | 09/16/2019 | $816.20 | 833,944 | 09/16/2019 | $19.00 | 833,944 |
| | 10/21/2019 | $837.45 | 836,006 | 10/21/2019 | $19.50 | 836,006 |
| | 11/18/2019 | $806.00 | 838,052 | 11/18/2019 | $18.76 | 838,052 |
| | 12/16/2019 | $806.00 | 839,933 | 12/16/2019 | $18.76 | 839,933 |
| | 01/13/2020 | $806.00 | 841,824 | 01/13/2020 | $18.76 | 841,824 |
| | 03/16/2020 | $1,611.99 | 845,629 | 03/16/2020 | $37.53 | 845,629 |
| | 04/20/2020 | $805.99 | 847,587 | 04/20/2020 | $18.77 | 847,587 |
| | 05/18/2020 | $765.19 | 849,395 | 05/18/2020 | $17.81 | 849,395 |
| | 06/15/2020 | $765.18 | 851,082 | 06/15/2020 | $17.82 | 851,082 |
| | 07/20/2020 | $786.44 | 852,939 | 07/20/2020 | $18.31 | 852,939 |
| | 08/17/2020 | $265.63 | 854,771 | 08/17/2020 | $6.18 | 854,771 |
| U.S. DEPARTMENT OF EDUCATION | | | | | | |
| | 12/21/2020 | $2,259.98 | 862,456 | | | |
| US DEPARTMENT OF EDUCATION | | | | | | |
| | 08/17/2020 | $498.88 | 855,113 | 09/21/2020 | $753.33 | 857,012 |
| | 10/19/2020 | $753.32 | 858,829 | 11/16/2020 | $753.34 | 860,596 |
| | 11/19/2020 | ($753.32) | 858,829 | 12/09/2020 | ($753.34) | 860,596 |
| VERIZON | | | | | | |
| | 08/17/2020 | $5.26 | 855,142 | 09/21/2020 | $7.93 | 857,044 |
| | 10/19/2020 | $7.94 | 858,858 | 11/16/2020 | $7.93 | 860,624 |
| | 12/21/2020 | $7.94 | 862,538 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,889.71 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CAPITAL ONE BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | EAGLE VILLAGE PROPERTY OWNERS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 15,305.37 | 100.00% | 3,512.19 | 11,793.18 |
| 0005 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 25,844.69 | 100.00% | 25,844.69 | 0.00 |
| 0008 | CAPITAL ONE BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | NJ HIGHER EDUCATION ASSIST | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | VERIZON | UNSECURED | 161.22 | 100.00% | 37.00 | 124.22 |
| 0012 | LVNV FUNDING LLC | UNSECURED | 883.59 | 100.00% | 202.76 | 680.83 |
| 0013 | SPECIALIZED LOAN SERVICING LLC | (NEW) MTG Agree | 531.00 | 100.00% | 531.00 | 0.00 |

**Chapter 13 Case # 17-19006**

**Total Paid: $32,017.35**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2021.

Receipts: $32,822.10    -    Paid to Claims: $30,127.64    -    Admin Costs Paid: $1,889.71    =    Funds on Hand: $804.75

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.