B2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey (Newark)

| | |
|---|---|
| IN RE: | Case No: 17-19006 |
| | Loan Number (Last 4): 7723 |
| Debtors: TAWANDA ANGELA WEAVER, Debtor | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE3, Asset-Backed Certificates Series 2007-HE3 | U.S. Bank National Association, Trustee (See 410) |
| Serviced by Select Portfolio Servicing, Inc. | c/o Specialized Loan Servicing LLC |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

PO Box 65250
Salt Lake City, UT 84165

| | |
|---|---|
| Court Claim # (if known): | 1 |
| Amount of Claim: | $185,821.93 |
| Date Claim Filed: | 05/31/2017 |
| Last Four Digits of Acct #: | 7444 |

Phone:   1-800-258-8602
Last Four Digits of Acct #:   7723

Name and Address where transferee payments should be sent (if different from above):

Select Portfolio Servicing, Inc.
Attn: Remittance Processing
PO Box 65450
Salt Lake City, UT 84165-0450

Phone:   1-800-258-8602
Last Four Digits of Acct #:   7723

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ John Shelley    Date:   11/26/2021
  InfoEx, LLC, as authorized filing agent
  (Approved by: Sudhakara Babu)

Specific Contact Information:

Sudhakara Babu - BK Specialist II

Phone: 1-800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

495001-9fc39a91-b7e0-44f4-91ee-d5d25bf743db-

495001-9fc39a91-b7e0-44f4-91ee-d5d25bf743db-