Debtor 1    **TAWANDA ANGELA WEAVER**                                    Case number *(if known)*  **17-19006**
Name

---

**Fill in this information to identify the case:**

Debtor 1          **TAWANDA ANGELA WEAVER**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for        **District of New Jersey**
the:
                                                                    (State)
Case Number:    **17-19006**

---

## Form 4100N

# Notice of Final Cure Payment                                  10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

| **Part 1:** | **Mortgage Information** |
| --- | --- |

**Name of creditor:**    U.S. BANK, N.A.                          Court claim no.  (if known):
                                                                  1

**Last 4 digits** of any number you use to identify the debtor's account    7   7   2   3

**Property Address:**           1293 ARLINGTON AVE
                                PLAINFIELD, NJ  07060

| **Part 2:** | **Cure Amount** |
| --- | --- |

| Total cure disbursments made by the trustee: | Amount |
| --- | --- |
| a.  Allowed prepetition arrearage (or total allowed amount for a mortgage paid in full through the plan): | (a) $25,844.69 |
| b.  Prepetition arrearage paid by the trustee: | (b) $25,844.69 |
| c.  Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) SEE REGISTRY IF APPLICABLE |
| d.  Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $0.00 |
| e.  Allowed postpetition arrearage: | (e) $531.00 |
| f.  Postpetition arrearage paid by the trustee: | + (f) $531.00 |
| g.  **Total.** Add lines b, d, and f. | (g) $26,375.69 |

| **Part 3:** | **Postpetition Mortgage Payment** |
| --- | --- |

*Check one*

☐  Mortgage is paid through the trustee.

☑  Mortgage is paid directly by the debtor(s).

| Debtor 1 | <u>TAWANDA ANGELA WEAVER</u> | Case number *(if known)* **17-19006** |
|---|---|---|
| | Name | |

---

### Part 4:    A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.


Date ___05/06/2022___

_____
            Signature

Trustee          Marie-Ann Greenberg

Address         30 TWO BRIDGES ROAD
                      SUITE 330
                      FAIRFIELD, NJ  07004-1550


Contact phone   (973) 227-2840

---

| Debtor 1 | **TAWANDA ANGELA WEAVER** | Case number *(if known)* | **17-19006** |
|---|---|---|---|
| | Name | | |

**17-19006**

---

### CERTIFICATE OF SERVICE

I did this date serve the attached document(s) on the parties listed below by placing the same in the United States mail with proper postage affixed thereto and addressed as follows:

---

Debtor(s):

TAWANDA ANGELA WEAVER
1293 ARLINGTON AVENUE
PLAINFIELD, NJ  07060


Debtor(s) Counsel:

RASHEEDAH RAYYA TERRY
TERRY LAW GROUP, LLC
409 HALSEY ST.
NEWARK, NJ  07102

Creditor:

KML LAW GROUP PC                         US BANK NA
701 MARKET ST STE 5000                   SELECT PORTFOLIO SERVICING
PHILADELPHIA, PA  19106                  PO BOX 65250
                                         SALT LAKE CITY, UT  84165-0250


Date:   5/6/2022                         /s/  CharlesDArrigo

                                         30 TWO BRIDGES ROAD
                                         SUITE 330
                                         FAIRFIELD, NJ  07004-1550