Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF MAY 6, 2022

**Chapter 13 Case # 17-19006**

Re:  TAWANDA ANGELA WEAVER  
1293 ARLINGTON AVENUE  
PLAINFIELD, NJ  07060

Atty:  RASHEEDAH RAYYA TERRY  
TERRY LAW GROUP, LLC  
409 HALSEY ST.  
NEWARK, NJ  07102

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

## RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/12/2017 | $291.67 | 17594491302 | 05/12/2017 | $291.67 | 17594491303 |
| 06/27/2017 | $418.00 | 9102912323 | 08/22/2017 | $532.49 | 9102921836 |
| 09/25/2017 | $418.00 | 4308508000   - | 10/31/2017 | $418.00 | 4403784000   - |
| 12/27/2017 | $836.00 | 9103209060 | 02/21/2018 | $556.17 | 23916980452 |
| 04/19/2018 | $418.00 | 1719006-24866748494 | 04/19/2018 | $418.00 | 1719006-24973009773 |
| 04/19/2018 | $418.00 | 1719006-23916985547 | 04/19/2018 | $418.00 | 1719006-25002736075 |
| 05/17/2018 | $418.00 | 25002744254 | 06/26/2018 | $870.00 | 25002860725 |
| 07/31/2018 | $870.00 | 25356123865 | 08/23/2018 | $870.00 | 25356181691 |
| 08/23/2018 | $0.10 | CASH | 10/02/2018 | $870.00 | 25382683372 |
| 10/16/2018 | $870.00 | 25239761763 | 11/16/2018 | $870.00 | 23916982691 |
| 12/11/2018 | $870.00 | 25239773575 | 01/08/2019 | $870.00 | 25239776016 |
| 02/22/2019 | $870.00 | 25696819181 | 03/26/2019 | $870.00 | 25239787964 |
| 04/17/2019 | $870.00 | 25239790956 | 05/14/2019 | $870.00 | 25239796367 |
| 06/12/2019 | $870.00 | 25850676238 | 07/09/2019 | $870.00 | 25850682235 |
| 08/06/2019 | $870.00 | 25239775588 | 09/17/2019 | $870.00 | 25850687861 |
| 10/29/2019 | $870.00 | 25850692427 | 11/19/2019 | $870.00 | 25850681166 |
| 12/24/2019 | $870.00 | 25850699054 | 02/04/2020 | $870.00 | 26448980038 |
| 02/28/2020 | $870.00 | 26187882928 | 03/20/2020 | $870.00 | 26187888688 |
| 04/22/2020 | $870.00 | 26495084856 | 05/19/2020 | $870.00 | 26187896362 |
| 07/02/2020 | $870.00 | 26726023967 | 07/31/2020 | $870.00 | 26812406215 |
| 09/01/2020 | $870.00 | 25239799945 | 09/15/2020 | $870.00 | 26812411266 |
| 10/29/2020 | $870.00 | 26812404483 | 11/17/2020 | $870.00 | 26812416363 |
| 01/08/2021 | $870.00 | 26812421741 | 01/22/2021 | $870.00 | 26812424046 |
| 03/04/2021 | $870.00 | 27307854101 | 04/01/2021 | $870.00 | 27307857767 |
| 04/15/2021 | $870.00 | 27307853010 | 05/24/2021 | $870.00 | 27307867127 |
| 06/24/2021 | $870.00 | 27307872584 | 07/13/2021 | $870.00 | 27307870626 |
| 09/21/2021 | $870.00 | 26187892683 | 10/29/2021 | $870.00 | 27572691701 |
| 11/16/2021 | $870.00 | 27572684343 | 12/13/2021 | $870.00 | 27572698326 |
| 01/19/2022 | $870.00 | 27818751521 | 02/23/2022 | $870.00 | 27572686705 |
| 03/28/2022 | $870.00 | 27887522196 | 04/15/2022 | $870.00 | 27818758146 |

**Chapter 13 Case # 17-19006**

| Total Receipts: $45,872.10 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $45,872.10 |
|---|

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,637.89 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CAPITAL ONE BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | EAGLE VILLAGE PROPERTY OWNERS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 15,305.37 | 100.00% | 14,995.33 | 310.04 |
| 0005 | U.S. BANK, N.A. | MORTGAGE ARRE | 25,844.69 | 100.00% | 25,844.69 | 0.00 |
| 0008 | CAPITAL ONE BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | NJ HIGHER EDUCATION ASSIST | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | VERIZON | UNSECURED | 161.22 | 100.00% | 157.95 | 3.27 |
| 0012 | LVNV FUNDING LLC | UNSECURED | 883.59 | 100.00% | 865.69 | 17.90 |
| 0013 | U.S. BANK, N.A. | (NEW) MTG Agree | 531.00 | 100.00% | 531.00 | 0.00 |

**Total Paid: $45,032.55**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| LVNV FUNDING LLC | | | | | | |
| | 08/17/2020 | $28.80 | 854459 | 09/21/2020 | $43.49 | 856296 |
| | 10/19/2020 | $43.50 | 858158 | 11/16/2020 | $43.48 | 859945 |
| | 12/21/2020 | $43.49 | 861781 | 02/22/2021 | $86.98 | 865282 |
| | 04/19/2021 | $86.98 | 868810 | 04/19/2021 | ($86.98) | 868810 |
| | 04/19/2021 | $86.98 | 869686 | 05/17/2021 | $43.50 | 870698 |
| | 06/21/2021 | $44.19 | 872502 | 07/19/2021 | $44.19 | 874279 |
| | 08/16/2021 | $44.20 | 875972 | 10/18/2021 | $44.19 | 879469 |
| | 11/17/2021 | $44.67 | 881183 | 12/13/2021 | $44.66 | 882807 |
| | 01/10/2022 | $44.67 | 884453 | 02/14/2022 | $44.66 | 886162 |
| | 03/14/2022 | $44.67 | 887861 | 04/18/2022 | $45.37 | 889598 |
| SPECIALIZED LOAN SERVICING LLC | | | | | | |
| | 09/25/2017 | $1,443.33 | 787965 | 11/20/2017 | $409.64 | 791500 |
| | 12/18/2017 | $393.34 | 793404 | 01/22/2018 | $786.68 | 795254 |
| | 06/18/2018 | $2,443.63 | 804679 | 06/18/2018 | $56.88 | 804679 |
| | 07/16/2018 | $18.72 | 806620 | 07/16/2018 | $804.30 | 806620 |
| | 08/20/2018 | $804.30 | 808564 | 08/20/2018 | $18.72 | 808564 |
| | 09/17/2018 | $19.20 | 810493 | 09/17/2018 | $824.80 | 810493 |
| | 10/22/2018 | $801.75 | 812455 | 10/22/2018 | $18.66 | 812455 |
| | 11/19/2018 | $18.66 | 814365 | 11/19/2018 | $801.75 | 814365 |
| | 12/17/2018 | $801.75 | 816266 | 12/17/2018 | $18.66 | 816266 |
| | 01/14/2019 | $18.66 | 818187 | 01/14/2019 | $801.75 | 818187 |
| | 02/11/2019 | $801.75 | 820092 | 02/11/2019 | $18.66 | 820092 |
| | 03/18/2019 | $18.66 | 822075 | 03/18/2019 | $801.75 | 822075 |
| | 04/15/2019 | $801.75 | 824098 | 04/15/2019 | $18.66 | 824098 |
| | 05/20/2019 | $18.66 | 826121 | 05/20/2019 | $801.75 | 826121 |
| | 06/17/2019 | $816.20 | 828072 | 06/17/2019 | $19.00 | 828072 |
| | 07/15/2019 | $19.00 | 829934 | 07/15/2019 | $816.20 | 829934 |
| | 08/19/2019 | $816.20 | 831963 | 08/19/2019 | $19.00 | 831963 |
| | 09/16/2019 | $19.00 | 833944 | 09/16/2019 | $816.20 | 833944 |
| | 10/21/2019 | $837.45 | 836006 | 10/21/2019 | $19.50 | 836006 |

**Chapter 13 Case # 17-19006**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 11/18/2019 | $18.76 | 838052 | | 11/18/2019 | $806.00 | 838052 |
| | 12/16/2019 | $806.00 | 839933 | | 12/16/2019 | $18.76 | 839933 |
| | 01/13/2020 | $18.76 | 841824 | | 01/13/2020 | $806.00 | 841824 |
| | 03/16/2020 | $1,611.99 | 845629 | | 03/16/2020 | $37.53 | 845629 |
| | 04/20/2020 | $18.77 | 847587 | | 04/20/2020 | $805.99 | 847587 |
| | 05/18/2020 | $765.19 | 849395 | | 05/18/2020 | $17.81 | 849395 |
| | 06/15/2020 | $17.82 | 851082 | | 06/15/2020 | $765.18 | 851082 |
| | 07/20/2020 | $786.44 | 852939 | | 07/20/2020 | $18.31 | 852939 |
| | 08/17/2020 | $6.18 | 854771 | | 08/17/2020 | $265.63 | 854771 |
| U.S. DEPARTMENT OF EDUCATION | | | | | | | |
| | 12/21/2020 | $2,259.98 | 862456 | | 02/22/2021 | $1,506.66 | 865983 |
| | 04/19/2021 | $1,506.66 | 869477 | | 05/17/2021 | $753.32 | 871267 |
| | 06/21/2021 | $765.55 | 873129 | | 07/19/2021 | $765.53 | 874843 |
| | 08/16/2021 | $765.55 | 876559 | | 10/18/2021 | $765.54 | 880073 |
| | 11/17/2021 | $773.68 | 881745 | | 12/13/2021 | $773.69 | 883390 |
| | 01/10/2022 | $773.68 | 885033 | | 02/14/2022 | $773.69 | 886767 |
| | 03/14/2022 | $773.68 | 888440 | | 04/18/2022 | $785.91 | 890210 |
| US DEPARTMENT OF EDUCATION | | | | | | | |
| | 08/17/2020 | $498.88 | 855113 | | 09/21/2020 | $753.33 | 857012 |
| | 10/19/2020 | $753.32 | 858829 | | 11/16/2020 | $753.34 | 860596 |
| | 11/19/2020 | ($753.32) | 858829 | | 12/09/2020 | ($753.34) | 860596 |
| VERIZON | | | | | | | |
| | 08/17/2020 | $5.26 | 855142 | | 09/21/2020 | $7.93 | 857044 |
| | 10/19/2020 | $7.94 | 858858 | | 11/16/2020 | $7.93 | 860624 |
| | 12/21/2020 | $7.94 | 862538 | | 02/22/2021 | $15.87 | 866066 |
| | 04/19/2021 | $15.87 | 869553 | | 05/17/2021 | $7.93 | 871345 |
| | 06/21/2021 | $8.06 | 873202 | | 07/19/2021 | $8.07 | 874910 |
| | 08/16/2021 | $8.06 | 876620 | | 09/22/2021 | ($8.07) | 874910 |
| | 09/22/2021 | $8.07 | 878533 | | 09/22/2021 | ($8.07) | 878533 |
| | 09/22/2021 | $8.07 | 878534 | | 10/18/2021 | $8.06 | 880144 |
| | 11/17/2021 | $8.16 | 881811 | | 12/13/2021 | $8.15 | 883453 |
| | 01/10/2022 | $8.15 | 885097 | | 02/14/2022 | $8.15 | 886835 |
| | 03/14/2022 | $8.15 | 888502 | | 04/18/2022 | $8.27 | 890282 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: May 06, 2022.

Receipts: $45,872.10     -     Paid to Claims: $42,394.66     -     Admin Costs Paid: $2,637.89     =     Funds on Hand: $839.55

Unpaid Balance to Claims: $331.21     +     Unpaid Trustee Comp: $0.00     =     Total Unpaid Balance: **($508.34)

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.